ACCEPTED
01-14-00438-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/6/2015 1:22:55 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-00438-CV

| | | |
|---|---|---|
| Don R. Johnson and Freddie L. Oliver, Appellant, | § § § | IN THE FIRST DISTRICT |
| v. | § § | COURT OF APPEALS |
| Texas Serenity Academy, Inc. Appellee. | § § § | HOUSTON, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/6/2015 1:22:55 PM
CHRISTOPHER A. PRINE
Clerk

## APPELLEE'S REQUEST FOR ORAL ARGUMENT/HEARING

Appellee, Texas Serenity Academy, Inc. asks the Court to permit oral argument on the Appeal in this matter.

### A. INTRODUCTION

1. Appellant is Don R. Johnson; appellee is Texas Serenity Academy, Inc.

2. Appellant filed his brief on October 6, 2014.

3. Appellee filed a response to the brief on December 9, 2014.

4. Appellant filed a reply to Appellee's response on December 29, 2014.

5. The parties have not agreed to this request.

### B. ARGUMENT & AUTHORITIES

6. Although most appellate motions are decided without hearings, Appellee believes that the issues presented in the appellants brief and reply are complex and that oral argument would be helpful to the Court. Specifically, Appellant's reply refers to an issue that was not listed in issues presented in his brief but that was heard and ruled on in

the trial court and is **_not_** contained in the record on file in this court. Appellants brief also contains many references to issues not contained in the record. Appellee believes oral argument would assist the court and clarify the issues.

## C. PRAYER

7. For these reasons, Appellee asks the Court to set the motion for oral argument before deciding the merits of the motion.

Respectfully submitted,

Tina Andrews

Texas Bar No. 01254300

P.O. Box 100636

Arlington, VA 22210

Tel. 832-647-5970

Fax 832-550-2516

Tina.andrews26@gmail.com

ATTORNEY FOR Appellee,

Texas Serenity Academy, Inc.

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Don R Johnson and Freddie L. Oliver by email on January 5, 2015. Don Johnson responded via email and stated an objection to this request. I have not had a response from Freddie Oliver.

Tina Andrews

## CERTIFICATE OF SERVICE

I certify that on January 5, 2015 a true and correct copy of this request for oral argument was served on Don R Johnson at airlin12036@yaho.com, and Freddie L. Oliver at floliverjr2000@yahoo.com.

Tina Andrews